■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE VAN GLAHN, Appellant. [710 NYS2d 879] —Judgment, Supreme Court, New York County (William Wetzel, J.), rendered on or about December 15, 1998, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Tom, J. P., Mazzarelli, Lerner and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOAN BEVERLY JACKSON, Admitted on August 7, 1989, at a Term of the Appellate Division, First Department. STEVEN CRAIG SUSSER, Admitted in 1991, at a Term of the Appellate Division, Third Department. [713 NYS2d 282] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158; 257 AD2d 127.]